IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY COUNCIL, #210870, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:07-cv-0331-MEF |
| ) | WO |
| DAVE SUTTON, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

It is hereby ORDERED that the pretrial conference set in this case for December 4, 2009 is rescheduled for December 2, 2009 at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama. A final pretrial order will be entered by the Court at a later date.

**The Clerk of Court is DIRECTED to provide a copy of this order to the Department of Corrections. The persons having custody of the plaintiff are DIRECTED to produce him at the pretrial conference.**

DONE this the 27th day of October, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE